1

32

United States District Court
Southern District of Texas
ENTERED

JAN 20 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK MILLER and<br>MARIA NICOLE MILLER,<br>Individually, | § § § § § § | |
| Plaintiffs, | § § | AGREED SCHEDULING ORDER |
| v. | § § | |
| CONNAUGHT LABORATORIES,<br>INC., BROWNSVILLE COMMUNITY<br>HEALTH CLINIC CORPORATION,<br>and CARMEN ROCCO, M.D. | § § § § § | |
| Defendants. | § § § | CIVIL ACTION NO. B-96-161 |

It is hereby ordered that:

1. Disclosure of expert testimony:

    a. Plaintiffs shall disclose expert testimony in accordance with Rule 26(a)(2) on or before December 1, 1998; and

    b. Defendants shall disclose expert testimony in accordance with Rule 26(a)(2) on or before March 10, 1999.

2. All discovery in this case must be completed by June 11, 1999. If additional time is required, a motion requesting such extension must be filed no later than May 1, 1999. Failure to file such motion shall preclude further discovery.

3. All other motions, including joinder of parties, must be filed no later than ten (10) days after the completion of discovery.

4. A Joint Pretrial Order, in full compliance with the Local Rules, setting forth the following matters shall be filed no later than __6-16-99__:

    a. The nature of the case;

    b. The contentions of the parties;

    c. Stipulations;

    d. Specific issues of fact, as they are submitted to the jury;

    e. Issues of law, if any;

    f. List of all pending motions;

    g. Approximate duration of trial; and

    h. In non-jury cases, specific proposed findings of fact and conclusions of law.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

5. A *final* pretrial and settlement conference is set for __7-1-99__ at __1:30__ o'clock, __p__.m.

6. Trial on the merits is set for _____, docket call.

-3-

**DONE** at Brownsville, Texas on _____, 1999.

BY THE COURT:

_____
The Honorable Hilda Tagle
United States District Judge