#38

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Mark Miller, et al §
§
versus §        CIVIL ACTION B-96-161
§
Connaught Laboratories, et al §

### Order Setting Hearing

United States District Court
Southern District of Texas
ENTERED
FEB 26 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A hearing will be held before Judge Hilda G. Tagle on:

   __3-30__, 1999

   at __11:00__ A .m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __February 24th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.