41

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| MILLER, ET AL | § § § | United States District Court<br>Southern District of Texas<br>ENTERED<br>MAR 2 4 1999<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| versus | § § § § | CIVIL ACTION B- 96-161 |
| CONNAUGHT LAB, ET AL | § | |

## Order Resetting Hearing

The motion hearing set 03-30-99 has been reset to:

04-13-99,

at 1:30 p.m.

Signed on March 23, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*updateddl.*

ClibPDF - www.fastio.com