45

United States District Court
Southern District of Texas
ENTERED

APR 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| MARK MILLER and MARIA NICOLE MILLER, Individually, | § § § § § | |
| Plaintiffs, | § § | **ORDER** |
| v. | § § | |
| CONNAUGHT LABORATORIES, INC., BROWNSVILLE COMMUNITY HEALTH CLINIC CORPORATION, and CARMEN ROCCO, M.D. | § § § § § | |
| Defendants. | § § § | CIVIL ACTION NO. B-96-161 |

Defendant's Motion for Leave to File Supplemental Brief in Support of Its Opposition to

Plaintiffs' Motion to Abate is granted.  Connaught's supplemental brief, attached to its Motion for

Leave, is deemed filed as of this date.

**DATED** this _13_ day of _April_, 1999.

BY THE COURT:

United States District Judge Hilda G. Tagle