

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK MILLER AND<br>MARIA NICOLE MILLER,<br>INDIVIDUALLY | §<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-96-161 |
| | § | |
| CONNAUGHT LABORATORIES, INC.,<br>BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION, AND<br>CARMEN ROCCO, M.D. | §<br>§<br>§<br>§ | |

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

On this date came on before the Court Defendant's Unopposed Motion to Designate Attorney-in-Charge and Local Counsel to Represent Defendant, Connaught Laboratories, Inc., and the Court, having reviewed the matter and being fully advised of its premises, it is hereby

ORDERED that this Motion is GRANTED. Marsha M. Piccone of the law firm of Freeborn & Peters will continue to act as Attorney-In-Charge with R. Jo Reser and the law firm of Jenkens & Gilchrist to serve and appear for Connaught Laboratories, Inc. as local counsel in this lawsuit.

DATED THIS 3rd DAY OF May, 1999.

_____
Presiding District Court Judge

LITSA:30988.1  26323-00005

ClibPDF - www.fastio.com