50

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAY 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MILLER, ET AL., § | |
| Plaintiffs, § | |
| § | |
| versus § | CIVIL ACTION B-96-161 |
| § | |
| CONNAUGHT LABS. INC., § | |
| Defendant. § | |

# Order of Dismissal

1. This case is dismissed with prejudice pursuant to Plaintiff's notice of voluntary dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. Costs of court will be paid by the party incurring them.

DONE at Brownsville, Texas, this ____ day of May 1999.

_____
Hilda G. Tagle
United States District Judge